UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

               Plaintiff,               Case No: 21CR20293
                                             Hon. Matthew F. Leitman
vs                                    United States District Judge

VINCENT LEE GALICIA

               Defendant.

_____/

## SUBSTITUTION OF ATTORNEY

     I replace attorney Major White, on behalf of Defendant Vincent Lee Galicia and request copies of all papers filed in this case.

Dated: May 26, 2021             /s/Major White w/permission
                                     Major White (P58800)
                                     503 S. Saginaw St, Ste 519
                                     Flint, Michigan 48502
                                     (810) 235-7996

## CONSENT

     I Consent to the Substitution of the above Attorney in this case.

Dated: May 26, 2021             s/Kenneth M. Scott
                                     Kenneth M. Scott (P32833)
                                     kmscottesq@yahoo.com
                                     2702 Flushing Road
                                     Flint, Michigan 48504
                                     (810)767-6655

## **ORDER**

IT IS HEREBY ORDERED that attorney Kenneth Scott shall replace

Major White, on behalf of Defendant Vincent Lee Galicia.


/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2021


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 27, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764